**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CLAUDE D. MATTOX JR., | ) | NO. CV 19-6998-GW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| C. KOENIG, Warden (A), | ) | |
| Respondent. | ) | |

Pursuant to the "Order Denying Motion for Extension of Time," this action is dismissed without prejudice.

DATED: August 16, 2019.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE